**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| J.T. Magen & Company, Inc. | ) | |
| | ) | **No. 1:24-cv-02066** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| Contech Painting Inc. d/b/a | ) | |
| Con-Tech Painting, Inc, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

Please take notice that on Wednesday, February 26, 2025 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff, J.T. Magen & Company, Inc. ("Plaintiff") shall appear telephonically before the honorable Judge Jorge L. Alonso or any judge sitting in that judge's stead in the courtroom usually occupied by him in the Northern District of Illinois and shall present Plaintiff's Motion For Default Judgment And To Confirm The Arbitration Award. The Court will post details for the telephonic hearing to the docket in advance of the hearing.

**J.T. Magen & Company, Inc.**

By: /s/ Chris J. Chasin

Jeff Hamera (6225113)
Chris J. Chasin (6317466)
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603
JLHamera@duanemorris.com
CJChasin@duanemorris.com

DM1\16100306.2